# United States Court of Appeals
## For the First Circuit

---

Nos. 06-1448, 06-1449, 06-1450


HON. PEDRO J. ROSSELLÓ-GONZÁLEZ; LUIS FORTUÑO; MIRIAM RAMÍREZ;
NANETTE GUEVARA; ARNOLD GIL-CARABALLO; LARRY SEILHAMER;
JOSÉ SÁNCHEZ; JUAN F. RAMÍREZ; JAVIER RODRÍGUEZ-HORTA,

Plaintiffs-Appellees/Cross-Appellants,

v.

ANÍBAL ACEVEDO-VILÁ; AURELIO GRACIA-MORALES, individually
and in his capacity as President of the Puerto Rico Electoral
Commission; GERARDO A. CRUZ, individually and in his capacity
as a member of the Puerto Rico Electoral Commission;
THE PUERTO RICO ELECTORAL COMMISSION, a/k/a
The Commonwealth Election Commission,

Defendants-Appellants/Cross-Appellees,

SILA MARÍA CALDERÓN, Mayor, individually and in her
capacity as Governor of Puerto Rico; THE INCOMING GOVERNMENT
TRANSITION COMMITTEE,

Defendants/Cross-Appellees,

THOMAS RIVERA-SCHATZ, individually and in his capacity as a
member of the Puerto Rico Electoral Commission; JUAN DALMAU-
RAMÍREZ, individually and in his capacity as a member of
the Puerto Rico Electoral Commission,

Defendants.

---

**ERRATA SHEET**


The opinion of this Court issued on March 13, 2007, is amended
as follows:

On page 6, line 23, the word "plaintiffs" should be replaced
with "plaintiff".